446 A.2d 676

Commonwealth v. Beistline, Appellant.

Submitted June 13, 1980.   Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.